UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

MICHAEL A. DAVITT
_____
(In the space above enter the full name(s) of the plaintiff(s).)

-against-

1) ROCKLAND COUNTY
2) TOWN OF RAMAPO
3) ROCKLAND SHERIFFS DEPT.

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

COMPLAINT

Jury Trial: ☒ Yes  ☐ No
(check one)

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name MICHAEL A. DAVITT
Street Address 3 - MORTON STREET
County, City GARNERVILLE, (ROCKLAND)
State & Zip Code NEW YORK 10923
Telephone Number (845) 241-0560

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name ROCKLAND COUNTY
Street Address 11 NEW HEMPSTEAD RD NEW CITY N.Y.

Rev. 05/2010

       County, City _NEW CITY_ (ROCKLAND)
       State & Zip Code _NEW YORK_
       Telephone Number _638-5100 (845)_

Defendant No. 2  Name _TOWN OF RAMAPO_
       Street Address _237 ROUTE 59_
       County, City _SUFFERN_ (ROCKLAND)
       State & Zip Code _NEW YORK_
       Telephone Number _845) 357-5100_

Defendant No. 3  Name _ROCKLAND COUNTY SHERIFF DEPARTMENT_
       Street Address _55 NEW HEMPSTEAD ROAD_
       County, City _NEW CITY_ (ROCKLAND)
       State & Zip Code _NEW YORK_
       Telephone Number _____

Defendant No. 4  Name _____
       Street Address _____
       County, City _____
       State & Zip Code _____
       Telephone Number _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

  ☑ Federal Questions      ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _1ST, 4TH, 14TH AMENDMENT, CIVIL AND HUMAN RIGHTS, AMERICANS WITH DISABILITIES ACT, FREEDOM OF INFORMATION, FAMILY MEDICAL LEAVE ACT, LIFE, LIBERTY, PURSUIT OF HAPPINESS, RELIGION, INTERNMENT, COERCION, WITNESS TAMPERING_

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

  Plaintiff(s) state(s) of citizenship _____
  Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? ROCKLAND COUNTY

B. What date and approximate time did the events giving rise to your claim(s) occur? IN/AROUND PAST YEAR ALTHOUGH PROGRESSION OF ABUSE VIOLATIONS OF LAW GOING ON FOR YEARS

C. Facts: #1,3, ON OR ABOUT 6/13/13 I PENNED A RIGHT TO SUE LETTER, NAMED WERE SEVEREL ROCKLAND COUNTY DEPTS INCLUDING COUNTY EXECUTIVE, DISTRICT ATTN, LEGISLATURE AND SHERIFF AMONG OTHERS. SINCE 2008 I HAD BEEN ATTEMPTING TO GET COUNTY OFFICALS TO HONOR MY RIGHTS UNDER CONTRACT CIVIL SERVICE ROCKLAND, STATE, FEDERAL LAW, FOLLOWED DIRECTLY WITH "ANNOUNCE LETTER" AND PROGRESSIVE INTIMIDATION, COERCIVE TACTICS, BY ROCKLAND SHERIFFS DEPT..., AS OPPOSED TO 'IMMEDIATE CORRECTIVE ACTION' CALLED FOR BY LAW. WITHIN DAY OR TWO OF SUBMITTING DOCTORS LETTER TO RETURN TO WORK DETERMINANT WROTE A TRESSPASS LETTER HAND DELIVERED BY SHERIFFS TO MY HOME AND VIOLATED/IGNORED MY ATTEMPTS VIA CIVIL SERVICE LAW ETC TO RETURN TO WORK. 'PROTECTED PERSON' RIGHTS UNDER AMERICAN DISABILITIES ACT AND EXERCISE OF MY 1ST, 4TH AMENDMENT RIGHTS, TORTS, WERE VIOLATED REGOLARLY TO SILENCE MY REPORTS OF ILLEGALITIES, VIOLATIONS OF POLICY LAW RETALIATION, COVERUP, PROGRESSING TO PHYSICAL THREATS SEIZURE OF DOCUMENTS, PHYSICAL ASSUALT LISTED IN 7,8, CIVILIAN COMPLAINTS.

[Sidebar labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. ON OR ABOUT 6/13 RIGHT HAND THUMB BY PERSON WHO REPEATEDLY SAID HE IS "A CIVILIAN" HOWEVER WHEN I SOUGHT HIS ARREST FOR ASSOULT HE TOOK OUT HIS BRASS BADGE AND CLAIMED TO BE A PLAINCLOTHS ROCKLAND COUNTY SHERIFFS DETECTIVE AND NOT ARRESTED. I WAS HOSPITALIZED BECAUSE OF SAME. WIFE DUE IN PART HER FEAR AUTHORITIES INTIMIDATION COERCIVE TACTICS. MENTAL PHYSICAL, MONETARY LOSSES DURESS OF TREATMENT ATTEMPT LAWFULL REDRESS. ASSUALT LOSS OF FREEDOM, RIGHTS, LIBEL, DEFAMATION, SUBVERSION LOSS OF MY RIGHT TO FULL AND FAIR HEARINGS, DUE PROCESS AND EQUAL PROTECTION OF LAW/S AS A VETERAN CITIZEN, FALSE ARREST ILLEGAL DETENTION/TREATMENT.

Rev. 05/2010

C.) FACTS 1, 3 CONT'D

SHERIFF WAS MADE AWARE IN WRITING (FIRST CIVILIAN COMPLAINT) THAT STATE AND FEDERAL "DETERMINANTS" WHO "HAS ENGAGED IN OR CONTINUES TO ENGAGE IN" RETALIATION, HARASSMENT, SEXUAL, DISCRIMINATION WAS SIGNING LETTERS, ASKING THEM TO DELIVER TO MY HOME, ESCORT/ TRESSPASS LETTER ETC..., ATTEMPT TO STOP LAWFUL PICKET, HANDING OUT OF CAMPAIGN LITERATURE, ASSUALTS.

   NOT ALLOWED AS OTHERS WERE PLACARD IN LEGISLATURE AFTER WHICH OWN ATT'YS (COMPLAINT) SAID I HAD RIGHT TO DO SO.

* ARREST FOR TRESPASS 6/14/13 WHEN ATTEMPTING TO SEE, DISCUSS RIGHT TO SUE LETTER, CONTINUED VIOLATIONS MY RIGHTS, ROCKLAND HUMAN RIGHTS COMMISSIONER EVEN THOUGH I REMAINED COMPLIANT WITH ANNOUNCE LETTER, THEN CLAIMING MY ANNOUNCE AND ESCORT LETTER WAS BASED ON "MY PAST BEHAVIOR"... EXERCISING MY CONSTITUTIONAL RIGHTS, SHERIFF COMPLAINTS, ADDRESSING OFFICALS VIOLATIONS OF POLICY, LAW?

• MY ARREST (LATER DISMISSED) AND ANNOUNCE/ESCORT ATTRIBUTED TO ANOTHER COUNTY WAS THEN USED AS A REASON WHY I COULD NOT BE ON PROBATION AND NINE MONTH SENTENCE IN ANOTHER COUNTY, "DETERMINANT".

C2) • AFTER MULTIPLE COMPLAINTS OF ATTEMPTS TO DEMONISE ME, "POLITICAL USE OF PSYCHIATRY" BY "DETERMINANTS" AND REVELATIONS OF POLICY, ILLEGALLITIES, BY LEGISLATIVE REPRESENTATIVE OF TOWN OF RAMAPO, JUDGE SIMON, TOWN OF RAMAPO (AS TRANSCRIPTS WILL SHOW IN TRESPASS APPEARANCE) ORDERED A 'PSYCHIATRIC EXAM' FOR NO LAWFUL REASON, AT WHICH TIME I WAS TURNED OVER TO THE ROCKLAND SHERIFFS DEPT., JAILED AND EXAMINED BY PSYCHIATRIST SUBSURVEINT TO "DETERMINANT". BOTH 'SPECIAL' COURT OFFICER AND ASSISTANT DISTRICT ATTORNEY REFUSED TO GIVE THEIR NAMES ON RECORD, FOR KNOWLEDGE?

C2) LIKE ROCKLAND COUNTY RAMAPO TOWN ATTN PRIOR TO THIS COURT APPEARANCE ON 6/25/13 WAS AWARE OF AND GIVEN MY RIGHT TO SUE LETTER PRIOR. HE ATTEMPTED TO COMPELL ME TO A 50H HEARING PRIOR TO MY FILING SUIT.

C1,2,3 • DENIED RELIGIOUS READING MATERIAL AFTER MULTIPLE REQUESTS FOR BIBLE IN JAIL WHERE I WAS NOT ALLOWED A PHONE CALL, TOLD FAMILY WOULD BE CALLED AND NEVER WERE, WAS DENIED/SLEEP DEPRIVED BY OFFICERS FOR DAYS. NOT GIVEN EVEN TOILET PAPER, SOAP, TOWEL OR TOOTHBRUSH WAS LUCID, DENIED SUICIDAL IDEATION, TO "DETERMINANTS" SUBSURVIENT PHYSICAN.

• CONTRARY TO A.D.A. AS A PERSON IN RECOVERY 20+ YEARS AFTER FORCED SLEEP DEPRIVATION OFFERED MOOD ALTERING DRUGS (BENZOS OR NARCOTICS) PURPORTEDLY "TO HELP YOU SLEEP." MY LEGAL PAPERWORK CONCERNING ILLEGAL ARREST/UNLAWFULL DETENTION WAS TAKEN BY OFFICERS WHO BROUGHT ME TO JAIL AND AFTER SEVEREL REQUESTS NEVER RETURNED.

• AFTER PSYCH EXAM AND INTERVIEW SEPERATELY BY TWO PSYCHOLOGISTS IN ROCKLAND COUNTY JAIL, APPEARANCE IN RAMAPO COURT COMPETANCY LETTER ADMITTED AND R.O.R. BY JUDGE, REHANDCUFFED BY SHERIFFS AND TOLD I HAD TO AGAIN HAVE A "PYCH EXAM"... WHILE STILL IN TOWN OF RAMAPO BUILDING. I WAS FORCIBLY TAKEN BY CIRCUITUIOUS ROUTE TO GOOD SAMARITAN HOSPITAL (DOCTORS SUB-SURVIENT "DETERMINANT") AND MADE TO GIVE A BLOOD URINE SAMPLE PROBABLY UNDER MISTAKEN BELIEF FORCED SLEEP DEPRIVATION IN JAIL HAD INDUCED ME TO TAKE PROFFERED NARCOTICS, BENZOS,

• FORCED GOOD SAMARITAN VISIT OF OVER 4K WAS THEN BILLED TO ME/MY FAMILY. UNLAWFULL ARREST DETENTION PROGRESSIVE ABUSE MY CIVIL, HUMAN RIGHTS FOR WHISTLEBLOWING.

C;2,3 PRIOR TO RAMAPO JUDGE PSYCH EXAM ORDER AND ROCKLAND INCARCERATION I HAD ASKED THOSE NAMED IN RIGHT TO SUE LETTER TO SETTLE PRIOR TO 7/4/13.

1/20/14 THREE PAGE LETTER TO COUNTY EXECUTIVE ED DAY FAILURE TO ACT, ON APPROX TEN POINT ALLEGATIONS OF ILLEGALITIES CORRUPTION CITING SPECIFIC STATE, FEDERAL CONSTITUTIONAL VIOLATIONS, HUMAN RIGHTS, ROCKLAND LAW, FURTHER HE IS AWARE OF SIX YEAR ATTEMPTS PRIOR AT HONORING MY LAWFUL REDRESS... FAILURE TO ACT COLLUSION/ABETTING SAME.

2/4/14 SIX PAGE LETTER ROCKLAND DISTRICT ATTN ZUGIBE LISTING SPECIFIC VIOLATIONS OF POLICY ROCKLAND, STATE, HUMAN RIGHTS, FEDERAL LAW HIS OATHS ARE SWORN TO UPHOLD, COLLUSION FAILURE TO DEFEND ME THE INNOCENT OR PROSECUTE THE GUILTY OFFICIALS INCLUDING "DETERMINANT" PROMOTED TO HEAD LAW DEPT, CHANGE OF FREEDOM OF INFORMATION OFFICER/ PROCEDURE THE EFFECT OF HINDERING MY LAWFUL REDRESS COVERUP EVIDENCE ABETTING MY FURTHER ABUSE SINCE 2008. IGNORING F.O.I. REQUESTS, RATIONS PUBL. OFFICERS LAW AND TRANSCRIPT REQUESTS.

HAD MY RIGHTS TO "IMMEDIATE CORRECTIVE ACTION" ROCKLAND LAW 2004-4 AT A MINIMUM, CALLS FOR SMALL CLAIMS, P.E.R.B. 72 HEARING, CIVIL SERVICE, STATE FEDERAL "DETERMIN- ATIONS" THE TAPPAN ZEE INCIDENT ETC. ETC AND ALL THE COLLABORATION OF MY TRUTH/INJUSTICE I AND MY FAMILY COULD HAVE BEEN SAVED ME. UNABETTED. MULTIPLE LETTERS SEEKING INTERVENTION SETTLEMENT PRIOR, CERTAINLY ENOUGH PROOF FOR PROSECUTION UNDER R.I.C.O.

2/24/14 CHIEF PUBLIC DEFENDER LICOTO CLAIMS "CONFLICT OF INTEREST" AS ROCKLAND COUNTY HUMAN RIGHTS COMMISSIONER HAS ALSO NOW DONE? TAXATION WITHOUT REPRESENTATION... JOB TO DEFEND MY RIGHTS.



C1/3 PUT ON FAMILY MEDICAL LEAVE IN VIOLATION OF FEDERAL LAW BY "DETERMINANT". CONTINUED PATTERN OF IGNORING MY FREEDOM OF INFORMATION LAW REQUESTS (PUBLIC OFFICERS) AND INFORMATION REGARDING MEDICAL COVERAGE, THEY ACCORDING TO MY STATE, ARE TO PROVIDE.

• LOSS OF MY TWENTY PLUS YEAR RETIREMENT AND BENEFIT DUE TO THEIR VIOLATION OF MY RIGHTS, ILLEGALITIES.

• COMMUNICATIONS BETWEEN FORMER COUNTY EXECUTIVE AND "DETERMINANT" REGARDING WHAT COULD "DESTABILISE" ME AND PURSUING A "TACTIC" TO DO THE SAME... NOW EVEN MORE MALICIOUSLY, OVERTLY. DOCUMENTED TRANSCRIPT HER INTIMATE SEXUAL RELATIONSHIP WITH HIM WHICH UNDULY EFFECTED MY SUBJUGATION VIOLATION DUE PROCESS, CIVIL RIGHTS.

• USE OF COUNTY, STATE, FEDERAL TAXPAYER FUNDS TO DEFEND MULTIPLE OFFICIALS CONTRARY TO "GOOD FAITH" PROVISIONS AND CLAIMING "INTERNAL WORK PRODUCT" TO AVOID PROSECUTION HIDE/COVERUP CULPABILITY CONSPIRACY. ATTEMPTS TO "SEAL" RECORDS, TRANSCRIPTS.

3/4/14 - ADDRESS AND DOZENS OF OTHERS PRIOR TO ROCKLAND COUNTY LEGISLATURE AND PROOF PRIOR "VIOLATION" "IMMEDIATE REPORTING" VIA CERTIFIED DOCUMENTS. OFFERING FALSE DOCUMENTS FOR FILING TO WIT BUDGETS THEY WERE AWARE INFLATING TAX REVENUE, FOR A START. MULTIPLE OFFERS OF SETTLEMENT PRIOR COULD HAVE PROTECTED ME FROM MORE EGREGIOUS VIOLATIONS OF LAW, LOSSES, ABUSE, TAXPAYERS ENVIRONMENT OF CORRUPTION, FISCAL CRISIS. VIOLATION OUT~~VIOLATION~~ OF HONEST SERVICES, NEGLECT OF FIDUCIARY DUTY, COLLUSION, COERCION TO SILENCE MY APPEALS ATTEMPTS TO HAVE MY RIGHTS HONORED.

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. NEW YORK STATE HUMAN RIGHTS PAMPHLET STATES VIOLATION OF THESE RIGHTS "THREATENS THE FOUNDATIONS OF A FREE AND DEMOCRATIC STATE." AS THE VIOLATIONS, COERCIVE ACTS HAVE PROGRESSED I NEED THE COURTS TO BRING CONSEQUENCES TO THOSE WHO HAVE USED THEIR POWER TO OPPRESS AN INNOCENT PERSON, LIKENED TO A DICTATORSHIP.

70K x 6 YEARS = 420      SEEKING QUICKLY
MEDICAL INSURANCE   102      ROCKLAND COUNTY   117.110
DEF COMP 15%   63      ROCKLAND SHERIFF   117.110
  "   WITHDRAWAL   60      TOWN OF RAMAPO   117.110
LOST DEF GROWTH APP. 65                                  351.330,
WITHOUT DAMAGES → 710K
EMOTIONAL, LIBEL, ETC. 1 MILL
                        1,711,711,00.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of APRIL, 20 14

Signature of Plaintiff   /s/ Michael A. Dowd

Mailing Address   32 MORTON STREET
                 GARNERVILLE, N.Y.
                                 10923

Telephone Number   845) 241-5060

Fax Number *(if you have one)* _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

EX 1

PO Petruzzi

AFTER 5 DAYS RETURN TO
ROCKLAND COUNTY DEPARTMENT OF PROBATION
Allison-Parris County Office Building
New City, New York 10956

5/23/13 10AM "SHERIFF NOTIFIED"

Mr. Michael Davitt   5/13/13 called Vercallone
12 Morton Street   278-8242 3:16 PM Rockland
Garnerville, NY 10923   probation "sheriff's dept has been
notified and will be present" will sen[d]
copy to him

10923381418

## POLICE DIVISION
## ROCKLAND COUNTY SHERIFF'S DEPARTMENT
## NEW CITY, NEW YORK 10956

TO: LAST NAME Davitt  FIRST Michael  INITIAL A
STREET ADDRESS 32 Morton St
CITY OR TOWN Garnerville  STATE NY  ZIP 10923
IDENTIFICATION SHOWN —
DATE OF BIRTH 7/28/57

### PRE - ARRAIGNMENT BAIL

PRE-ARRAIGNMENT BAIL IS FIXED IN THE FOLLOWING
AMOUNT _____ RECEIPT WHEREOF
IS HEREBY ACKNOWLEDGED AND THE PERSON ARRESTED HEREIN IS
RELEASED FROM CUSTODY TO APPEAR AS HEREIN DIRECTED.

**NOTICE:** IF PROVISION FOR BAIL IS HONORED, OFFICIAL ACCEPTING BAIL MUST FILL OUT COMPLETE TICKET ONLY AFTER RECEIVING BAIL

AUTHORIZED OFFICER _____
DEPT. & RANK _____
UPON YOUR FAILURE TO APPEAR AS HEREIN DIRECTED, THE BAIL POSTED WILL BE FORFEITED.

## APPEARANCE TICKET
C.P.L. 150.10                                    22124

YOU ARE HEREBY NOTIFIED TO APPEAR PERSONALLY IN THE
Criminal COURT TOWN OF Ramapo
237 RT 59
Suffern NY 10901
ON June 25th, 2013 AT 9:00 AM
TO ANSWER A CHARGE OF Trespass
, AN OFFENSE
COMMITTED IN CITY/TOWN/VILLAGE OF Ramapo
, NEW YORK
ON THE 14th DAY OF June, 2013 AT 4:20 PM.
IN VIOLATION OF SECTION 140.05  SUB-DIVISION —
OF THE Penal Law  LAW OF THE STATE OF NEW YORK.
ISSUED THIS 14th DAY OF June, 2013

OFFICER'S SIGNATURE         OFFICER'S IDENTIFICATION NO. 0521

**NOTICE: DISPOSITION:**
UPON YOUR FAILURE TO APPEAR AS ABOVE DIRECTED, A CRIMINAL SUMMONS OR A WARRANT FOR YOUR ARREST MAY BE ISSUED.

Notice: You are entitled to receive a supporting deposition further explaining the charges provided you request such supporting deposition within thirty days from the date you are directed to appear in court as set forth on this appearance ticket. Do you request a supporting deposition?  ☐ YES  ☐ NO



# Rockland County Sheriff's Office
## Police Division
## Civilian Complaint Form
(Refers GO 501)

EX2

## *CONFIDENTIAL*

2:07 PM
6/17/13

Name of complainant: MICHAEL A DAVITT
Contact address: 32 WINGTON STREET GARNERVILLE, N.Y. 10923
What phone number? Residence: 429-2328    Work: _____
Date and time of incident: 6/14/13 APPROX 4PM
Location of incident: POMONA BUILDING (TOWN OF RAMAPO)
Name of officer(s) or employee(s) against whom complaint is being filed, or other identifying marks (car number, badge number, etc.)
Rank: SERGEANT    Name: CONKLIN D (RESPONSIBLE)
I.D. # _____    Badge: 6521
Vehicle: _____
Name(s)/address/phone number or other identifying information concerning any witnesses, if applicable: MAY 9, 2013 PROBATION OFFICER LETTER "SHERIFFS DEPT WILL BE NOTIFIED OF YOUR APPT TIME AND BE PRESENT"
MAY 09 "TRESSPASS LETTER" HAND DELIVERED BY STATE FED LAW RETALIATION, DISCRIMINATION, HARASSMENT "DETERMINANT" ONLY 1 GIVEN
Statement of allegation: PHYSICALLY BARED FROM, HANDCUFFED, ARRESTED WHEN ATTEMPTING TO SEE HUMAN RIGHTS COMMISSIONER ATTEMPT IN/TO SEEK LOCAL REDRESS COERCION, VIOLATIONS OF CONTRACTUAL, CIVIL SERVICE, COUNTY, STATE FED LAW, HONEST TREATMENT, OATHS OF OFFICE, SERGEANT OUTSIDE BOUND/(CHECK PHONE) SAME ONE WHO THREATENED ME WITH HARM/ARREST FOR HAVING PLACARD TO LEGISLATURE COUNTY EXECUTIVE PRESENT? (SELECTIVE ENFORCEMENT) WHICH OTHERS WERE ALLOWED IR CONFIRMED ALLOWED TO DO. CIVIL, HUMAN, CONSTITUTIONAL RIGHTS.

(If further space is needed use reverse side of sheet)    OVER →

I understand that this statement of complaint will be submitted to the Rockland County Sheriff's Department and may be the basis for an investigation. Further, I sincerely and truly declare and affirm that the facts contained herein are complete, accurate, and true to the best of my knowledge and belief. Further, I declare and affirm that my statement has been made by me voluntarily without persuasion, coercion, or promise of any kind.

I understand that, under the regulations of the department, the employee against whom this complaint is filed may be entitled to request a hearing before a board of inquiry. By signing and filing this complaint, I hereby agree to appear before a board of inquiry if requested by the employee, and to testify under oath concerning all matters relevant to this complaint.

The filing of a false statement is a class A misdemeanor in the State of New York. [NYS Penal Law Sect. 135.70]

_____    _____
Signature of Complainant    Date

Refused to sign  _____

_____    _____
Signature of Person Receiving Complaint    Date and Time Received

INITIALLY I WENT TO CHASE BUILDING AFTER ATTEMPTING TO LODGE COMPLAINT/SEEK HELP FROM RLM NAGUBANDI ROCKLANDS HUMAN RIGHTS COMM., TO COMPLY WITH C9 TRESPASS LETTER I WENT TO AND CHECKED IN WITH D-TAP OFFICE (PRIOR EMPLOYEE RIGHTS) 1ST FLOOR EVEN THOUGH I WAS NOT SEEKING THAT OFFICE.

AFTER BEING TOLD NAGUBANDI WAS MOVED AND OFFICE BELIEVED TO BE IN BUILDING C POMONA I WENT THERE, IMMEDIATELY UPON ENTERING BUILDING I TRIED TO CHECK IN/ANNOUNCE MYSELF AT LITTLE 2'x2'? WINDOW LEFT AND WAITED APPROX 5 MINUTES AS WOMAN COULD BE SEEN ON PHONE THERE LESS THAN 10' AWAY. ABRUPTLY AFTER FINISHING HER CALL STAFF/CLIENT? SHE EXITED OFFICE W/O ACKNOWLEDGING ME. AFTER WAITING APPROX 5 MORE MINUTES I TURNED OFF BLACK 10-12" PAD IN WINDOW AND WHISTLED LIGHTLY IN ATTEMPT TO CHECK IN/FIND NAGUBANDIS OFFICE,

MEANWHILE A BLACK FEMALE CAME OUT OF OFFICE ON RIGHT AND TOLD ME AFTER ASKING NAGUBANDIS OFFICE WAS RIGHT OUTSIDE OF SECOND FLOOR ELEVATOR, UPON ENTERING I TOLD SHORT HAIRED BLOND WOMAN THERE WHO I WAS AND I INSISTED I SIGN IN AS IT WAS REQUIRED TO ANNOUNCE MYSELF STRAIGHT AWAY AS I EXPLAINED TO BLACK MALE IN OUTER OFFICE WITH ME (IT WAS COUNTY HARASMENT FOR REPORTING CORRUPTION) JOVIALLY.

WHEN HEAD OF OFFICE WHITE MALE (NAMED LATER) CAME OUT I SAID <u>I THINK YOU NEED TO CALL SECURITY AFTER WHICH HE REFUSED TO CALL NAGUBANDI (HUMAN RIGHTS)</u> OR EVEN TELL ME WHERE HIS OFFICE WAS # OR BUILDING, 1 SECURITY AND TWO SHERIFFS CAME OUT OF ELEVATOR AND REFUSED TO TAKE ME DOWN VIA STAIRWAY ESCORTING ME DOWN VIA ELEVATOR.

SIGNIFICANTLY I EXPLAINED MY THREE ATTEMPTS AT ANNOUNCING MYSELF IMMEDIATELY TO TWO PATROLMAN AND WHEN SERGEANT CAME IN HE NEVER CONFERRED WITH OFFICERS, WAS ON THE PHONE, LITTLE DOUBT WITH A SUPERIOR AND MY ARREST FOREGONE CONCLUSION FROM ABOVE,

HE NEVER HEARD MY SIDE PRIOR TO THAT DECISION INDICITIVE OF AN ESCALATION OF COERCIVE TACTICS I.E. PREVIOUS ASSAULT BY SAME NO CHARGES, * FIRST COMPLAINT (SELF INVESTIGATED) WOULD 2 STATE AND FEDERAL HARASSMENT, RETALIATION, DISCRIMINATION DETERMINATION AFTER YEARS INVESTIGATION AND WHY DEPARTMENT SHOULD NOT BE ACTING AS MUSCLE FOR SAME, CHECK EVIDENCE, VERACITY WAS IMPLORED/IGNORED INCREASING VIOLATIONS, OATHS SWORN, MORALE, LEADERSHIP EXPOSING A NEGATIVE GROUP/ESCALATION, BOGUS DROP CHARGES FACE FALSE ARREST/SEE EXTENT TO SEE LETTER, YOU MUST REMEMBER WATERGATE HEARINGS "THE MISUSE OF POWER IS THE ESSENCE OF TYRANNY" THIS A FEW WEEKS AFTER A JUDGE REMOVED MY PRESENTENCING APPOINTMENT FROM ROCKLAND BECAUSE OF ROCKLANDS/YOUR PROTECTING OF SAMES BEHAVIOR, IMPLORING VIOLENCE,

MICHAEL A DAVITT

*[Handwritten at top right:]* Mr. Crawl/King 6/21/13 EX-3
Yesterday it was my intention to hand deliver enclosed papers threats to sue letters to all noticed parties. After was told by sheriffs dept (Berry) to mail same. This is specific as only sent law dept "delinquent" may supplied
Michael C-Davitt

**COUNTY OF ROCKLAND**
**DEPARTMENT OF PROBATION**
Allison-Parris County Office Building
New City, New York 10956
Tel. (845) 638-5544
Fax (845) 638-5648

C. SCOTT VANDERHOEF
County Executive

Michael Davitt
12 Morton Street
Garnerville, NY 10923

May 9,

Dear: Mr. Davitt

As per the order of the Greenburgh Town Justice Court, relative to your case pending there, you are to undergo an investigation by our department. The initial step requires a personal interview and therefore, an appointment for you has been scheduled with the undersigned Probation Officer on:

<u>Thursday May 23, 2013, at 10:00am.</u>

This interview will take place at the Probation Office which is located on the 2nd floor of the Rockland County Office Building, 11 New Hempstead Rd., New City, NY. <u>The Rockland County Sheriff's department will be notified of your appointment time and be present at this office.</u>

The following information, if applicable, should be brought with you to the interview, along with the enclosed questionnaire:

Birth/Baptismal Certificate          Social Security Card          Verification of Education (diploma)
Military Discharge Papers (DD 214)   Alien Registration Card       Driver's License
Verification of Employment (Paystub/W-2 Forms/Tax returns)         Medical/treatment provider records

If your <u>current</u> charge before the Court involves a <u>Drinking and Driving Offense</u> please also bring the following:

Registration, Insurance and ..... of all cars you own.

Please be advised that if you do not bring the above information with you to the interview, you may be given a new date subsequent to the interview to provide this information.

Should you have any questions regarding the above, you may contact the undersigned at (845) 708-7127

Thank you for your cooperation.

Very truly yours,

*[signature]*
Cherron Petruzzi
Probation Officer

PS. - If you are under 18 years of age, please have a parent accompany you to this interview.

Bon Secours Charity Health System
Good Samaritan Hospital
255 Lafayette Ave. (Route 59)
Suffern, New York 10901-4869
CHANGE SERVICE REQUESTED

02/28/14

GSHAI4   255233854

PERSONAL & CONFIDENTIAL
Michael Davitt
32 Morton St
Garnerville NY 10923-1420

## ACCOUNT IDENTIFICATION

| Patient: | Michael Davitt |
|---|---|
| Account #: | 16113763 |
| Balance: | $166.22 |
| Service Date: | 06/27/13 |

## THIS IS A BILL

Dear Michael Davitt:

We wish to inform you that your account is seriously DELINQUENT! If we do not receive the balance in full within thirty (30) days, we will recommend that the account be referred to a professional collection agency. You will be responsible for the unpaid balance plus reasonable cost of collection, including attorney fees.

Payment may be made either by phone or by mail using your credit card or checking account. If paying your balance in full is not possible, please call our Customer Service Center. They will explain our extended payment options including our financial assistance program to you.

**We look forward to your response to these letter within the next 30 days.**

Payments or adjustments made in the last five (5) days are not reflected in this notice. Please disregard this notice if payment has been made by you or if payment from the insurance carrier has been verified.

Thank you for your assistance.

**This is a final notice.**

For more information regarding our financial assistance program or to print an application please visit http://charity.bonsecours.com/patients-and-visitors-financial-assistance.html.

PLEASE RETURN LOWER PORTION WITH YOUR PAYMENT                               224CU104439GSHAI4

Make check payable to:
GOOD SAMARITAN HOSPITAL

Please call our Customer Service Center or pay on-line if a credit card payment is needed to be applied to an account.

*Pay on-line:* https://bonsecours.parathon.com or call our Customer Service Center they will be happy to process a credit card payment.

| Date: | 02/28/14 |
|---|---|
| Patient: | Michael Davitt |
| Account #: | 16113763 |
| Service Date: | 06/27/13 |
| Balance: | $166.22 |

Customer Service Center
Toll Free 888-349-9812
8:30 AM to 1:00 PM
2:00 PM to 5:00 PM
Monday through Friday

Good Samaritan Hospital
PO Box 742747
Atlanta GA 30384-2747

Calls/Inquiries may be monitored for quality control.

Please visit us at **www.bonsecours.com** and take advantage of our new online billing tool **\*Online Account Manager\***

# CERTIFICATE OF DISPOSITION

STATE OF NEW YORK  
ROCKLAND COUNTY

JUDGE SIMON  
6/25/14

RAMAPO JUSTICE COURT  
CRIMINAL PART

PEOPLE OF THE STATE OF NEW YORK

    VS.

MICHAEL A. DAVITT; Defendant

CASE NO: 13060378

Date of Birth:   07/28/1957  
Date of Arrest:  06/14/2013  
Disposition Date: 10/17/2013

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| PL 140.05 | PL 140.05 | 22124 TRESPASS | DISMISSED | 0.00 | 0.00 | 0.00 |

Upon a proper request for an official statement of disposition, I certify that the above named defendant having appeared before this court, each of the charges was disposed of as indicated.

Dated: The 4th day of March 2014

DAVID J. STEIN  
TOWN JUSTICE

Hon. David J. Stein

NOTE: A copy of the request will be filed with this certificate in the case records.

CAUTION: This information must not be divulged if the case is sealed or where the defendant has been adjudicated a youthful offender.

Copies: ___ Court, ___ Defendant, ___ Agency, ___ DA